[Cite as *Griffin v. Ohio Dept. of Rehab. & Corr.*, 2010-Ohio-204.]

# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us


MARK GRIFFIN, SR.

    Plaintiff

    v.

OHIO DEPARTMENT OF REHABILITATION AND CORRECTION

    Defendant

     Case No. 2007-06918

Judge Joseph T. Clark
Magistrate Steven A. Larson

<u>JUDGMENT ENTRY</u>


{¶ 1} This case is sua sponte assigned to Judge Joseph T. Clark to conduct all proceedings necessary for decision in this matter.

{¶ 2} On November 6, 2009, the magistrate issued a decision recommending judgment for defendant.

{¶ 3} Civ.R. 53(D)(3)(b)(i) states, in part: "A party may file written objections to a magistrate's decision within fourteen days of the filing of the decision, whether or not the court has adopted the decision during that fourteen-day period as permitted by Civ.R. 53(D)(4)(e)(i)." No objections were filed.

{¶ 4} The court determines that there is no error of law or other defect evident on the face of the magistrate's decision. Therefore, the court adopts the magistrate's decision and recommendation as its own, including findings of fact and conclusions of law contained therein. Judgment is rendered in favor of defendant. Court costs are assessed against plaintiff. The clerk shall serve upon all parties notice of this judgment and its date of entry upon the journal.

_____
JOSEPH T. CLARK
Judge

cc:

Douglas R. Folkert             Mark Griffin, Sr., #300-430
Assistant Attorney General     Mansfield Correctional Institution
150 East Gay Street, 18th Floor   P.O. Box 788
Columbus, Ohio 43215-3130    Mansfield, Ohio 44901

MR/cmd
Filed January 11, 2010
To S.C. reporter January 25, 2010